**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

## SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

## Plaintiffs

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

## Defendants

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| Defendant 1 | 3M Company, f/k/a Minnesota Mining and Manufacturing Co. |
|---|---|
| Defendant 2 | AGC Chemicals Americas, Inc. |
| Defendant 3 | Amerex Corporation |
| Defendant 4 | Archroma US Inc. |
| Defendant 5 | Arkema, Inc. |
| Defendant 6 | Buckeye Fire Equipment Company |
| Defendant 7 | Carrier Global Corporation, individually and as successor in interest to Kidde-Fenwal, Inc. |
| Defendant 8 | Chemdesign Products, Inc. |
| Defendant 9 | Chemguard, Inc. |
| Defendant 10 | Chemicals, Inc. |
| Defendant 11 | Chemours Company, LLC |
| Defendant 12 | Clariant Corporation, individually and as successor in interest to Sandoz Chemical Corporation |
| Defendant 13 | Corteva, Inc., individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 14 | Deepwater Chemicals, Inc. |
| Defendant 15 | Dupont De Nemours, Inc., individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 16 | Dynax Corporation |
| Defendant 17 | E I Dupont De Nemours and Company, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 18 | Nation Ford Chemical Company |
| Defendant 19 | The Chemours Company FC, LLC, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 20 | Tyco Fire Products, LP, individually and as successor in interest to The Ansul Company |

## Jurisdiction and Venue

4. Plaintiff alleges jurisdiction based on:

    ☒    Diversity

    ☒    Federal Question

    ☒    The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

    ☐    Other:_____

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

## Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

- Direct exposure to AFFF (i.e. use or handling of AFFF); and/or

- Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

- Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

## Plaintiff's Alleged Injuries

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

Kidney Cancer
Testicular Cancer
Thyroid Disease
Ulcerative Colitis
Liver Cancer
Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above.  Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

**Causes of Action**

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

> Count I – Defective Design
> Count II – Failure to Warn
> Count III – Negligence
> Count IV – Negligence Per Se
> Count V – Trespass and Battery
> Count VI – Strict Product Liability
> Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
> Count VIII – Concealment, Misrepresentation, and Fraud
> Count IX – Conspiracy
> Count X – Wrongful Death
> Count XI – Loss of Consortium
>
> Other Causes of Action:
> Count XII – Punitive Damages
> Count XIII – _____
> Count XIV – _____
> Count XV – _____
> Count XVI – _____
> Count XVII – _____
> Count XVIII – _____
> Count XIX – _____
> Count XX – _____
> Others

_____
_____
_____

**Jury Demand**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Dated: _09/01/2025_                    Respectfully Submitted,

AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC

_/s/ Douglass A. Kreis_
Douglass A. Kreis
Bryan F. Aylstock
Justin G. Witkin
dkreis@awkolaw.com
baylstock@awkolaw.com
jwitkin@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010

_Attorneys for Plaintiffs_

**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873**[1]

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Addison, Kaimi Lee (D) | 8/17/1980 | IL | Southern District of Illinois | | X | | Kidney Cancer; Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 2. | Addison, Kay, ind., and o/b/o Kaimi Lee Addison (d) | | IL | Southern District of Illinois | | X | | Kidney Cancer; Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 3. | Bentz, Eric (D) | 5/29/1969 | GA | Northern District of Georgia | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 4. | Lapeyrouse, Heather, ind., and o/b/o Eric Bentz (d) | | GA | Northern District of Georgia | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 5. | Bloodworth, Charles L. (D) | 11/8/1962 | MO | Eastern District of Missouri | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 6. | Bloodworth, Tammy, ind., and o/b/o Charles L. Bloodworth (d) | | MO | Eastern District of Missouri | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 7. | Booker, Randy (D) | 2/21/1958 | AL | Southern District of Alabama | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.
[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 8. | Booker, Brenda, ind., and o/b/o Randy Booker (d) | | AL | Southern District of Alabama | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 9. | Bradley, Shelby J. (D) | 3/18/1937 | IL | Northern District of Ilinois | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 10. | Ziemann, Sheri L., ind., and o/b/o Shelby J. Bradley (d) | | IL | Northern District of Ilinois | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 11. | Brannon, Robert Byron (D) | 6/20/1940 | LA | Eastern District of Louisiana | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 12. | Brannon, Julle, ind., and o/b/o Robert Byron Brannon (d) | | LA | Eastern District of Louisiana | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 13. | Bridges, Brenda Gail (D) | 8/27/1962 | IL | Northern District of Ilinois | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 14. | Bailey, Dashaun Catice, ind., and o/b/o Brenda Gail Bridges (d) | | IL | Northern District of Ilinois | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 15. | Browning, Jeffery (D) | 5/13/1954 | FL | Middle District of Florida | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 16. | Browning, Ruth Ann, ind., and o/b/o Jeffery Browning (d) | | FL | Middle District of Florida | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 17. | Byfield, Harry (D) | 12/26/1940 | IN | Southern District of Indiana | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 18. | Pearson, Julie, ind., and o/b/o Harry Byfield (d) | | IN | Southern District of Indiana | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 19. | Cardenas, Eddie (D) | 3/25/1964 | AZ | District of Arizona | | X | | Kidney Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 20. | Cardenas, Michelle, ind., and o/b/o Eddie Cardenas (d) | | AZ | District of Arizona | | X | | Kidney Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 21. | Carr, Daniel Wesley (D) | 8/16/1949 | MI | Eastern District of Michigan | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 22. | Carr, Michelle, ind., and o/b/o Daniel Wesley Carr (d) | | MI | Eastern District of Michigan | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 23. | Carvajal, Adan (D) | 9/16/1959 | KS | District of Kansas | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 24. | Carvajal, Ariadna, ind., and o/b/o Adan Carvajal (d) | | KS | District of Kansas | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 25. | Clark, Jamarcus (D) | 12/9/1992 | MN | District of Minnesota | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 26. | Clark, Gayle, ind., and o/b/o Jamarcus Clark (d) | | MN | District of Minnesota | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 27. | Cobb, Daniel (D) | 2/28/1990 | NV | District of Nevada | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 28. | Cobb, Darren, ind., and o/b/o Daniel Cobb (d) | | NV | District of Nevada | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 29. | Cohen, Ronald (D) | 6/19/1947 | FL | Middle District of Florida | | X | | Kidney Cancer; Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 30. | Cohen, Christine, ind., and o/b/o Ronald Cohen (d) | | FL | Middle District of Florida | | X | | Kidney Cancer; Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 31. | Cross, Dorothy Mae (D) | 4/10/1951 | MO | Eastern District of Missouri | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 32. | Cross, Neal, ind., and o/b/o Dorothy Mae Cross (d) | | MO | Eastern District of Missouri | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 33. | Dietz, James (D) | 8/25/1930 | AZ | District of Arizona | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 34. | Dietz, Marjorie, ind., and o/b/o James Dietz (d) | | AZ | District of Arizona | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 35. | Fields, Essie (D) | 7/17/1947 | GA | Northern District of Georgia | | X | | Kidney Cancer; Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 36. | Underwood, Natalie, ind., and o/b/o Essie Fields (d) | | GA | Northern District of Georgia | | X | | Kidney Cancer; Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 37. | Fuentes, Mary (D) | 8/24/1953 | SC | District of South Carolina | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 38. | Wisowaty, Cestlavie, ind., and o/b/o Mary Fuentes (d) | | SC | District of South Carolina | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 39. | Gabriel, Mary Elizabeth (D) | 9/26/1950 | IN | Southern District of Indiana | | X | | Kidney Cancer; Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 40. | Henderson Clark, Tiffani Yeida, ind., and o/b/o Mary Elizabeth Gabriel (d) | | IN | Southern District of Indiana | | X | | Kidney Cancer; Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 41. | Godfrey, Frances Elaine (D) | 2/8/1973 | AZ | District of Arizona | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 42. | Cochrane, Theresa, ind., and o/b/o Frances Elaine Godfrey (d) | | AZ | District of Arizona | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 43. | Gomez, Delia (D) | 12/2/1956 | CA | Eastern District of California | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 44. | Ballin, Monique, ind., and o/b/o Delia Gomez (d) | | CA | Eastern District of California | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 45. | Gomez, Orlando (D) | 11/15/1963 | IN | Southern District of Indiana | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 46. | Rivera, Magdalena, ind., and o/b/o Orlando Gomez (d) | | IN | Southern District of Indiana | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 47. | Gorsuch, Robert J. (D) | 6/10/1964 | FL | Middle District of Florida | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 48. | Gorsuch, Laura, ind., and o/b/o Robert J. Gorsuch (d) | | FL | Middle District of Florida | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 49. | Grady, Raheim (D) | 7/17/1988 | GA | Northern District of Georgia | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 50. | Grady, Michelle, ind., and o/b/o Raheim Grady (d) | | GA | Northern District of Georgia | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 51. | Grimes, Robert Lindsey (D) | 12/28/1944 | AL | Southern District of Alabama | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 52. | Grimes, Judy Catherine, ind., and | | AL | Southern District of Alabama | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | o/b/o Robert Lindsey Grimes (d) | | | | | | | | |
| 53. | Grubbs, Lillie Mae (D) | 5/10/1937 | GA | Southern District of Georgia | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 54. | Grubbs Williams, Addie, ind., and o/b/o Lillie Mae Grubbs (d) | | GA | Southern District of Georgia | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 55. | Harris, Jacob (D) | 7/24/1979 | SC | District of South Carolina | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 56. | Harris, Lynne, ind., and o/b/o Jacob Harris (d) | | SC | District of South Carolina | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 57. | Hueser, Todd (D) | 4/18/1971 | IL | Central District of Ilinois | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 58. | Smith, Cindi, ind., and o/b/o Todd Hueser (d) | | IL | Central District of Ilinois | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 59. | Hylwa, Kenneth (D) | 6/17/1955 | CT | District of Connecticut | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 60. | Reeves, Mae, ind., and o/b/o Kenneth Hylwa (d) | | CT | District of Connecticut | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 61. | Irons, Jasmine (D) | 5/19/1982 | NJ | District of New Jersey | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 62. | Stewart, Althea, ind., and o/b/o Jasmine Irons (d) | | NJ | District of New Jersey | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 63. | Judson, Sharon (D) | 2/23/1967 | IA | Southern District of Iowa | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 64. | Judson, Leslee, ind., and o/b/o Sharon Judson (d) | | IA | Southern District of Iowa | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 65. | Kenyon, Richard (D) | 7/19/1955 | SC | District of South Carolina | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 66. | Kenyon, Julie, ind., and o/b/o Richard Kenyon (d) | | SC | District of South Carolina | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 67. | Lambertz, Matthew (D) | 3/24/1971 | MI | Eastern District of Michigan | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 68. | Lambertz, Heidi, ind., and o/b/o Matthew Lambertz (d) | | MI | Eastern District of Michigan | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 69. | Lee, Rodney (D) | 3/7/1944 | IL | Northern District of Ilinois | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 70. | Lee, Brian, ind., and o/b/o Rodney Lee (d) | | IL | Northern District of Ilinois | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 71. | Manuel, Loyce S. (D) | 1/21/1945 | SC | District of South Carolina | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 72. | Lord, Shannon, ind., and o/b/o Loyce S. Manuel (d) | | SC | District of South Carolina | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 73. | Mason, Kevin (D) | 1/6/1968 | IL | Central District of Ilinois | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 74. | Mason, Georgia, ind., and o/b/o Kevin Mason (d) | | IL | Central District of Ilinois | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 75. | McCormick, John (D) | 2/24/1942 | NJ | District of New Jersey | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 76. | McCormick, Carol, ind., and o/b/o John McCormick (d) | | NJ | District of New Jersey | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 77. | Mills, Mark (D) | 4/9/1979 | GA | Southern District of Georgia | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 78. | Mills, Laura, ind., and o/b/o Mark Mills (d) | | GA | Southern District of Georgia | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 79. | Motard, William (D) | 12/1/1958 | FL | Middle District of Florida | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 80. | Bright Motard, Betsy, ind., and o/b/o William Motard (d) | | FL | Middle District of Florida | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 81. | Mowery, Georgia (D) | 10/3/1948 | AL | Northern District of Alabama | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 82. | McCurry, Melissa, ind., and o/b/o Georgia Mowery (d) | | AL | Northern District of Alabama | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 83. | Nadelman, Michael (D) | 5/12/1951 | CA | Northern District of California | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 84. | Nadelman, Aminta C., ind., and o/b/o Michael Nadelman (d) | | CA | Northern District of California | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 85. | Nicholson, John (D) | 11/19/1946 | CA | Southern District of California | | X | | Kidney Cancer; Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 86. | Nicholson, Pamela, ind., and o/b/o John Nicholson (d) | | CA | Southern District of California | | X | | Kidney Cancer; Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 87. | Norby, Mary Lynn (D) | 8/1/1940 | CA | Central District of California | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 88. | Unger, Paula, ind., and o/b/o Mary Lynn Norby (d) | | CA | Central District of California | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 89. | Pedlar, Donald (D) | 9/27/1950 | MN | District of Minnesota | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 90. | Pedlar, Michael, ind., and o/b/o Donald Pedlar (d) | | MN | District of Minnesota | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 91. | Perry, Robert David (D) | 2/18/1949 | IN | Southern District of Indiana | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 92. | Perry, Connie, ind., and o/b/o Robert David Perry (d) | | IN | Southern District of Indiana | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 93. | Pittman, Bruce (D) | 11/4/1970 | AL | Northern District of Alabama | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 94. | Pittman, Dena, ind., and o/b/o Bruce Pittman (d) | | AL | Northern District of Alabama | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 95. | Priaulx, Jeanette (D) | 11/12/1937 | FL | Northern District of Florida | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 96. | Priaulx, Lisa, ind., and o/b/o Jeanette Priaulx (d) | | FL | Northern District of Florida | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 97. | Prochello, David Andrew (D) | 2/22/1966 | SD | District of South Dakota | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 98. | Prochello, Julie, ind., and o/b/o David Andrew Prochello (d) | | SD | District of South Dakota | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 99. | Prusa, Richard (D) | 5/4/1955 | FL | Northern District of Florida | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 100. | Prusa, Maria, ind., and o/b/o Richard Prusa (d) | | FL | Northern District of Florida | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 101. | Qualls, Shirely (D) | 1/11/1952 | GA | Northern District of Georgia | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 102. | Qualls, Ricky, ind., and o/b/o Shirely Qualls (d) | | GA | Northern District of Georgia | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 103. | Rheuport, Elvera (D) | 7/11/1940 | AZ | District of Arizona | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 104. | Cameron, Kristina, ind., and o/b/o Elvera Rheuport (d) | | AZ | District of Arizona | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 105. | Roach, Charles Edward (D) | 12/10/1988 | FL | Northern District of Florida | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 106. | Roach, Jennie, ind., and o/b/o Charles Edward Roach (d) | | FL | Northern District of Florida | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 107. | Sayegh, Hani Odeh (D) | 4/15/1957 | CA | Central District of California | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 108. | Sayegh, Deena, ind., and o/b/o Hani Odeh Sayegh (d) | | CA | Central District of California | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 109. | Schweitzer, Loretta (D) | 8/14/1960 | IA | Northern District of Iowa | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 110. | Schweitzer, Michael, ind., and o/b/o Loretta Schweitzer (d) | | IA | Northern District of Iowa | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 111. | Scott, Thomas W. (D) | 3/15/1951 | NV | District of Nevada | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 112. | Scott, Kristoffer, ind., and o/b/o Thomas W. Scott (d) | | NV | District of Nevada | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 113. | Shepard, Molly Sue (D) | 10/9/1968 | IA | Northern District of Iowa | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 114. | Siehr, Christopher, ind., and o/b/o Molly Sue Shepard (d) | | IA | Northern District of Iowa | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 115. | Short, Robert Lee (D) | 7/12/1957 | AL | Northern District of Alabama | | X | | Kidney Cancer; Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 116. | Short, Luellen, ind., and o/b/o Robert Lee Short (d) | | AL | Northern District of Alabama | | X | | Kidney Cancer; Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 117. | Sisk, David Wayne (D) | 5/2/1960 | IN | Northern District of Indiana | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 118. | Sisk, Lisa, ind., and o/b/o David Wayne Sisk (d) | | IN | Northern District of Indiana | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 119. | Slaven, Edna (D) | 10/15/1940 | FL | Middle District of Florida | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 120. | Slaven, Bill, ind., and o/b/o Edna Slaven (d) | | FL | Middle District of Florida | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 121. | Story, Edward F. (D) | 2/4/1954 | GA | Northern District of Georgia | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 122. | Story, Elaine Todd, ind., and o/b/o Edward F. Story (d) | | GA | Northern District of Georgia | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 123. | Strunk, Jerry (D) | 6/6/1960 | IN | Northern District of Indiana | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 124. | Strunk, Deborah, ind., and o/b/o Jerry Strunk (d) | | IN | Northern District of Indiana | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 125. | Sullivan, Theresa Marie (D) | 10/21/1968 | KY | Eastern District of Kentucky | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 126. | Parker, Donnie Ray, ind., and o/b/o Theresa Marie Sullivan (d) | | KY | Eastern District of Kentucky | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 127. | Trufant, Ferdinand (D) | 11/24/1946 | LA | Eastern District of Louisiana | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 128. | Trufant, Hannah, ind., and o/b/o Ferdinand Trufant (d) | | LA | Eastern District of Louisiana | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 129. | Tucker, Thomas L. (D) | 11/6/1937 | AZ | District of Arizona | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 130. | Tucker, Cheryl, ind., and o/b/o Thomas L. Tucker (d) | | AZ | District of Arizona | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 131. | Turner, Johnnie (D) | 8/28/1940 | GA | Northern District of Georgia | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 132. | Muhammad, Shytivia, ind., and o/b/o Johnnie Turner (d) | | GA | Northern District of Georgia | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 133. | Vasquez, Donald Ferman (D) | 5/23/1933 | CO | District of Colorado | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 134. | Vasquez, Patricia, ind., and o/b/o Donald Ferman Vasquez (d) | | CO | District of Colorado | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 135. | Wallace, James (D) | 11/30/1964 | IN | Southern District of Indiana | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 136. | Wall, Scott, ind., and o/b/o James Wallace (d) | | IN | Southern District of Indiana | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 137. | West, Ronald (D) | 2/14/1943 | AR | Eastern District of Arkansas | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 138. | West, Evelyn, ind., and o/b/o Ronald West (d) | | AR | Eastern District of Arkansas | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 139. | White, Donald Earl (D) | 7/17/1958 | AZ | District of Arizona | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 140. | Hernandez, Tawnya, ind., and o/b/o Donald Earl White (d) | | AZ | District of Arizona | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 141. | White, Woodrow (D) | 10/22/1951 | CA | Central District of California | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 142. | White, Janelle, ind., and o/b/o Woodrow White (d) | | CA | Central District of California | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 143. | Williams, Melinda (D) | 4/30/1960 | MI | Eastern District of Michigan | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 144. | Williams, Maurissa, ind., and o/b/o Melinda Williams (d) | | MI | Eastern District of Michigan | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 145. | Williamson, Jack (D) | 3/26/1963 | NH | District of New Hampshire | | X | | Liver Cancer; Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 146. | Williamson, Gail, ind., and o/b/o Jack Williamson (d) | | NH | District of New Hampshire | | X | | Liver Cancer; Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 147. | Woelk, Jeffrey (D) | 12/3/1953 | CO | District of Colorado | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 148. | Woelk, Jolene, ind., and o/b/o Jeffrey Woelk (d) | | CO | District of Colorado | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 149. | Woodbeck, Thomas Carl (D) | 7/1/1958 | NV | District of Nevada | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 150. | Nelson, Diane, ind., and o/b/o Thomas Carl Woodbeck (d) | | NV | District of Nevada | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |